

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/16/2009

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| SAJID KHAN | | 09-38554 |
| a/k/a Sajid S Shan | § | |
| SHABANA SAJID | | |
| DEBTORS | § | CHAPTER 11 |

## ORDER SETTING STATUS CONFERENCE

On **November 6, 2009**, the above-styled Debtor filed a case under Chapter 11 of the United States Bankruptcy Code. Pursuant to §105(d), the Court has determined to sua sponte hold a status conference in the case,

Therefore, it is hereby **ORDERED** that a status conference will be held on **December 1, 2009** at **11:00 a.m.**, Courtroom 600, 6th Floor. The Debtor and a representative from the United States Trustee's office are directed to appear at such status conference.

The Clerk's office is directed to send notice of this order to the debtor, debtor's counsel, the United States Trustee, and parties requesting notice.

SIGNED this **16th** day of November, 2009.

JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE