

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/16/2009

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| SAJID KHAN | | 09-38554 |
| a/k/a Sajid S Shan | § | |
| SHABANA SAJID | | |
| DEBTORS | § | CHAPTER 11 |

## ORDER SETTING STATUS CONFERENCE

On  November 6, 2009 , the above-styled Debtor filed a case under Chapter 11 of the United States Bankruptcy Code. Pursuant to §105(d), the Court has determined to sua sponte hold a status conference in the case,

Therefore, it is hereby **ORDERED** that a status conference will be held on **December 1, 2009** at 11:00 a.m. , Courtroom 600, 6th Floor. The Debtor and a representative from the United States Trustee's office are directed to appear at such status conference.

The Clerk's office is directed to send notice of this order to the debtor, debtor's counsel, the United States Trustee, and parties requesting notice.

SIGNED this  16th  day of November, 2009.

JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: pjam              Page 1 of 1              Date Rcvd: Nov 16, 2009
Case: 09-38554                Form ID: pdf002         Total Noticed: 1

The following entities were noticed by first class mail on Nov 18, 2009.
db/jdb       +Sajid Khan,   Shabana Sajid,   14951 Bellows Falls Lane,   #922,   Humble, TX 77396-6092

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2009**                    **Signature:**        _Joseph Speetjens_