

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/01/2009

| | | |
|---|---|---|
| IN RE: | § § | CASE NUMBER: |
| SAJID KHAN AND SHABANA SAJID | § § § | 09-38554-H4-11 (Chapter 11) |
| DEBTOR(s) | § | |

### ORDER REGARDING STATUS CONFERENCE HELD ON DECEMBER 1, 2009

CAME ON to be considered on December 1, 2009, the Court's Order For Status Conference on the disposition of this chapter 11 case. The Court being fully advised of the premises and good cause appearing therefor, it is hereby:

**ORDERED** that the Debtors file an *application for employment of counsel, full and complete schedules and the statement of financial affairs* on or before **December 15, 2009.** If the Debtors fail to file an *application for employment of counsel, full and complete schedules and the statement of financial affairs* within said period or fails to obtain an order from this Court enlarging said period, this case shall be set for a hearing by the Court *sua sponte* or upon submission of a motion, declaration and order by the United States Trustee or other party-in-interest, at which time the Debtors shall appear and show cause why this case should not be dismissed or converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112. It is further

**ORDERED** that the Debtors, on or before **March 6, 2010** shall file with the Court a disclosure statement and a plan of reorganization. The Court for cause shown may in its discretion order said period enlarged only upon motion made before the expiration of said period or as enlarged by a previous order. If the Debtors fails to file a disclosure statement and a plan of reorganization within said period or fails to obtain an order from this Court enlarging said period, this case shall be set for a hearing by the Court *sua sponte* or upon submission of a motion, declaration and order by the United States Trustee or other party-in-interest, at which time the Debtors shall appear and show cause why this case should not be dismissed or converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112.
It is further

**ORDERED** that the Debtors shall timely file all operating reports during the pendency of this chapter 11 case. The Debtors shall file operating reports with the Clerk of the Court by the twentieth day of the month following the reporting period and shall serve a true and correct copy of said operating reports on the United States Trustee. The Court for cause shown may in its discretion order said period enlarged only upon motion made before the expiration of said period or as enlarged by a previous order. If the Debtors fails to timely file operating reports within said period or fail to

obtain an order from this Court enlarging said period, this case shall be set for a hearing by the Court *sua sponte* or upon submission of a motion, declaration and order by the United States Trustee or other party-in-interest, at which time the Debtors shall appear and show cause why this case should not be dismissed or converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112. It is further

**ORDERED** that the Debtors shall timely pay all postpetition taxes during the pendency of this chapter 11 case. If the Debtors fail to timely pay its postpetition taxes, this case shall be set for a hearing by the Court *sua sponte* or upon submission of a motion, declaration and order by the United States Trustee or other party-in-interest, at which time the Debtors shall appear and show cause why this case should not be dismissed or converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112. It is further

**ORDERED** that the Debtors during the pendency of this case shall maintain insurance which is customary in the industry in which the Debtors operate. If the Debtors fail to maintain insurance which is customary in the industry in which the Debtors operate during the pendency of this case, this case shall be set for a hearing by the Court *sua sponte* or upon submission of a motion, declaration and order by the United States Trustee or other party-in-interest, at which time the Debtors shall appear and show cause why this case should not be dismissed or converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112. It is further

**ORDERED** that the Debtors shall timely pay quarterly fees assessed pursuant to 28 U.S.C. § 1930(a)(6) during the pendency of this chapter 11 case. If the Debtors fail to timely pay quarterly fees assessed pursuant to 28 U.S.C. § 1930(a)(6) during the pendency of this chapter 11 case, this case shall be set for a hearing by the Court *sua sponte* or upon submission of a motion, declaration and order by the United States Trustee or other party-in-interest, at which time the Debtor shall appear and show cause why this case should not be dismissed or converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112.

**Signed this** 1st **day of** December **, 2009.**

Jeff Bohm
United States Bankruptcy Judge